*Raheem L. Mullins,* assistant state's attorney, in opposition.

Decided December 8, 2011

STATE OF CONNECTICUT *v.* RAFAEL MEDRANO

The defendant's petition for certification for appeal from the Appellate Court, 131 Conn. App. 528 (AC 31271), is granted, limited to the following issues:

"1. Did the Appellate Court properly determine that the defendant was not deprived of his due process right to a fair trial as a result of prosecutorial improprieties?

"2. Was the defendant deprived of his due process right to a fair trial by the trial court's 'defendant's interest' charge to the jury?

"3. If the answer to question two is in the negative, should the court overrule the holding in *State* v. *Williams,* 220 Conn. 385, 397, 599 A.2d 1053 (1991), as it relates to the 'defendant's interest' charge to the jury?"

The Supreme Court docket number is SC 18895.

*James B. Streeto,* assistant public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided December 8, 2011